**Order entered April 14, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-00826-CR**
**No. 05-19-00828-CR**

**RUSSELL TODD WILSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F-1834038-U, F-172066-U**

**ORDER**

Before the Court is the State's April 13, 2020 motion to extend the time for filing its tendered brief. We **GRANT** the motion and **ORDER** the brief filed as of the date of this order.

/s/    DAVID J. SCHENCK
        PRESIDING JUSTICE